IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GLORIA KESSLER,

Plaintiff,

v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA, d/b/a Cigna,

Defendant.

Case No. 20-cv-195 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: September 17, 2020**      **MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
       **J. PHIL GILBERT**
       **DISTRICT JUDGE**